UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMANTHA SCHREIBER,

    Plaintiff,

v.                                            Case No. 6:09-cv-1988-Orl-35KRS

DOMINION CAPITAL COMPANY, LLC,

    Defendant.
_____/

## DISMISSAL ORDER

**THIS CAUSE** comes before the Court for consideration *sua sponte*. A review of the record in this case reveals that on March 29, 2011, Defendant filed a Motion to Dismiss for Failure to Comply with Court Orders and/or Lack of Prosecution. (Dkt. 35.) Plaintiff failed timely to respond to that Motion. On June 6, 2011, the Court entered an Order directing Plaintiff to show cause why the Motion to Dismiss should not be granted. (Dkt.36.) The Order also informed Plaintiff that failure to respond would result in dismissal of this matter without further notice. (Dkt. 36 at 1.) Plaintiff failed to file any response to that Order within the deadline set by the Court.

Upon consideration of the foregoing, it is hereby **ORDERED** that, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this matter is **DISMISSED without prejudice** for failure to prosecute. The Clerk is directed to **TERMINATE** any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida this 20th day of June 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Parties